UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL JOSEPH PITKIN,

Plaintiff,

v.

CHARLES G. KRASNER, *et al.*,

Defendants.

Case No. 3:20-cv-00340-MMD-WGC

ORDER

*Pro se* Plaintiff Michael Joseph Pitkin brought this action under 42 U.S.C. § 1983. (ECF No. 1-1.) In a prior order, the Court dismissed Plaintiff's Complaint, but granted Plaintiff leave to file an amended complaint within 30 days. (ECF No. 7.) The Court explicitly stated in that order that, "if Plaintiff fails to file an amended complaint within 30 days, the Court will dismiss this case with prejudice." (*Id.* at 3.) More than 30 days have elapsed, but Plaintiff has not filed an amended complaint. "Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992); *see also id.* at 1260-63 (affirming dismissal for failure to comply with an order requiring amendment of complaint). And as a function of that power in this case, the Court will dismiss Plaintiff's case with prejudice because Plaintiff has not filed an amended complaint within the time provided by the Court, despite the Court's order that he must.

It is therefore ordered that this case is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 29th Day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE